US District Court middle TN (Columbia)    2 Aug 2013

MacArthur
vs
Marshall County Jail
Todd Kreis

CASE # 1:13-CV-00078

RECEIVED
IN CLERK'S OFFICE
AUG 08 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

Chief Judge William J. Hayes, JR:

Motion to add evidence

ORDER
This motion is DENIED without prejudice to renew of the defendants filed a motion to dismiss with evidentiary materials or a motion for summary judgment
[signature]
11-5-13

Your Honor I would Like to Address the Issue of my case as to some more evidence and a Issue I have with Jail Addminstration.

After being in this facility and this cell I was in I addressed the Issue of the Black mold and sinks not working. After my second writeup and the fact that the Addministration Recieved copies of my Law Suit did infact at that time take Action to Resolve the Issue.

They Did In fact move me out of the cell I was in and then did clean up the Black mold and did the Repairs. Only After they had left me in this Act of deliberate indifference. They Recklessly disregaurded my Saftey and Added a Risk of Harm and a condition that exposed me to a unreasonable Risk of Serious Damage to my Future Health (Helling v. McKinney; 509 U.S. 25, 3d (1993) By Reading these Inmate Request Forms and looking at the Administration Response you clearly see they moved me After Recieving the Law Suit Paper this