MacArther
VS                    CAS# 1:13-CV-00078
Marshall County Jail
Todd Kheis

RECEIVED
IN CLERK'S OFFICE

AUG 08 2013

U.S. DISTRICT COURT
MID. DIST. TENN.

Chief Judge William J. Hayes, JR:
motion to add evidence

**ORDER**
This
motion
is DENIED
without
prejudice
to renew
if the
Defendants
filed a
motion to
dismiss
with
evidentiary
material
or a
motion for
summary
judgment
[illegible]
[illegible]
11-5-13

Your Honor I would Like to address the ISSue of
my case AS to somemore evidence And A ISSue I
have with Jail Addministration.

After being In This facility And this cell I was IN
I addressed the ISSue of the Black mold And Sinks Not
working. After my Second writeup And the fact that
The Addministration Recieved copies of my Law Suit
Did Infact At that time Take Action to Resolve The
ISSue.

They Did IN fact move me out of the cell I was
In And then did clean up the Black mold And DID
He Repairs. Only After they had Left me in this
Act of delberate indifference. They Recklessy disregaurded
My Saftey And Added A RISK of Harm And A condition
that exposed me to a unreasonable RISK of Serious Damage
to my Future Health (Helling v. mckinney; 509 U.S. 25, 3
(1993) By Reading these Inmate Request forms And
Looking At the Addministration Response you Clearly See
they moved me After Recieving the Law Suit Paper this