IN the United States Distric Court for the middle District of TN.
Columbia Division

Scott MacArthur  Plantiff

vs

Marshall County Jail
And  Defendants
Todd Kneis

No: 1:13-cv-00078

Judge Haynes

Jeey Demand.

## Motion for Discovery of evidence

Comes the Defendant Scott MacArthur by Received through the U.S. Distric Court for middle TN. Columbia Div. and moves the Court in Particulars:

1) The Marshall County Jail and Todd Kneis have Answered coplaint by stating they were following Tennessee county Inmate And Institute policy and procedere's

2) The Marshall County Jail And Todd Kneis Also have Answered complaint by stating the have met, passed and stayed in Compliance with State Regulations and inspections by the Tennessee Corrections Institute. And there is No Rust on vents

3) The Marshall County Jail And Todd Kneis Also Answered coplaint stating they had No Knowelge of what was said or what was presented to Plantiff During his meeting with Mr Meadows on 11 June 2013 in Pool G

Margin annotation:
*Exsell This motion is DENIED without prejudice to seek discovery under Rules 31, 33, 34, 35 and 36 of the Federal Rules of Civil Procedure.* [signature] 11-5-13