IN the United States Distric Court for the middle Distric of TN.
Columbia Division

Scott MacArthur  Plantiff

vs

Marshal County Jail
And   Defendants
Todd Knois

NO: 1:13-cv-00078

Judge Haynes

Joey Demand

## Motion for Discovery of evidence

Comes the Defendant Scott MacArthur by Recered through the U.S. Distric Court for middle TN. Columbia Div. and moves the Court in Particular's:

1) The Marshall County Jail and Todd Knois have Ansewered coplaint by stating they were following Tennessee county Inmate And Institute policy and procceeders

2) The Marshall County Jail And Todd Knois also have Ansewered complaint by stating the have met, passed and stayed in Compliance with State Regulations and inspections by the Tennessee Corrections Institute. And there is No Rust on Vents

3) The Marshall County Jail And Todd Knois Also Ansewered coplaint stating they had no knowelge of what was Said or what was presented to Plantiff During his meeting with Mr Meadews on 11 June 2013 in Pool G

*[Left margin annotation:]* Order: This motion is DENIED without prejudice to seek discovery under Rules 31, 33, 34, 35 and 36 of the Federal Rules of Civil Procedure. [signature] 11-5-13