IN the United States District Court for the Middle
District of Tennessee Columbia Division.

RECEIVED
IN CLERK'S OFFICE
MAR 24 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

Scott MacArthur

Plaintiff

V.

Marshall County and
Todd Knois

Defendants

Case #: 1:13-cv-00078

Judge William Haynes JR

Jury Demand. ORDER

This motion is DENIED, but Defendants shall consider these to be discovery requests and respond accordingly. /s/ WJH 4-4-14

Motion for Discovery #3 Witness List

Comes the Plaintiff Scott MacArthur pro-sue and on his own accord and ask the court to grant this motion:

#1) The Plaintiff ask the court to have the Defendant to provide the following - A Complete List of First and Last Names of

#1) All Correction officers working or worked at the Marshall County Jail between 1 April 2013 and 1 December 2013.

#2) All medical personal to include Doctors and Nurses who worked at Marshall County Jail Between 1 April 2013 and 1 Dec 2013.

#3) All People who served on The Disiplinary Board for Scott MacArthur for Marshall County Jail for Hoarding medication - To include these three person's Address's.